UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CAROL GAYLOR,

    Plaintiff,

v.      Case No. 3:23-cv-1073-MMH-MCR

BRIXMOR GA COBBLESTONE VILLAGE AT ST. AUGUSTINE, LLC and BRIXMOR COBBLESTONE VILLAGE PARCEL LLC,

    Defendants.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Stipulation of Dismissal With Prejudice (Dkt. No. 23; Stipulation) filed on April 17, 2024. In the Stipulation, the parties request dismissal of this matter with prejudice. See Stipulation at 1. Accordingly, it is hereby

**ORDERED:**

    1. This case is **DISMISSED with prejudice**.

    2. Each party shall bear its respective fees and costs.

- 2 -

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 18th day of April, 2024.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record